**UNITED STATES BANKRUPTCY COURT**
**Northern District of Ohio**
**Eastern Division, Akron**

IN RE:     MDG MEDICAL INC.                     CASE NO. 11-53162
                   Debtor                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do no disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

     Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    1.    **Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,707,118.00 | Operation of business 2009 |
| $3,138,176.00 | Operation of business 2010 |

    2.    **Income other than from employment or operation of business**

None
☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              **AMOUNT**                    **SOURCE**

    3.    **Payments to creditors**

    *Complete a. or b., as appropriate, and c.*

None
☒   a. *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3b | | | |

None ☐　c.　*All Debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3c[1] | | | |

4.　**Suits and administrative proceedings, executions, garnishments and attachments**

None ☐　a.　List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| State of Ohio v. Carter, Stacey J 2011 CR 00307[2] | Grand Theft, Felony 3rd Degree | Aurora Police Department | Trial Scheduled |
| Zvi Levinhar, Gilead Asseo, Michael Cohen-Alloro, and David Haitin v. MDG Medical, Inc., 4202 Corporation, LSKW Investments, LP, Mark Saffran, Steven Schneier, Ken Tauber, Michael Siegel, and Jacob Schuster C.A. No. 4301-VCS | Litigation | Court of Chancery of the State of Delaware | To Be Inserted |

---

[1.] Compensation paid to insiders are set forth under Question 23; accordingly, payments are not included under Question 3c.

[2.] Debtor is not a party to this proceeding but a victim of Stacey Carter, a former employee, theft of $245,832.47 from Debtor.

In re: MDG Medical Inc.                                    Case No.  11-53162

None
☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5. **Repossessions, foreclosures and returns**

None
☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE, SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

6. **Assignments and receiverships**

None
☒  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

In re: MDG Medical Inc.      Case No. 11-53162

### 7. Gifts

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE GIFT |
|---|---|---|---|
| | | | |

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| $245,832.47 In cash | Theft by Stacey Johnson Carter | Various Dates from 2009 – 8/16/2010 |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| McDonald Hopkins LLC 600 Superior Avenue East Suite 2100 Cleveland, OH 44114 | 8/8/2011 8/16/2011 | $25,000.00 $2,500.00 |

10.a. **Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

11. **Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Key Bank<br>Pepper Pike, OH 44124-5724 | Acct xxxxxxxxxx0186<br>Transferred to new account | $4,967.35<br>06/2011 |

In re: MDG Medical Inc.  Case No. 11-53162

### 12. Safe deposit boxes

☒ None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

☒ None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

☐ None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| TLC Spring Water<br>P.O. Box 606172<br>Cleveland, OH 44106 | Water Cooler<br>Value Unknown | 1263 S. Chillicothe Road<br>Aurora, OH 44202 |

### 15. Prior address of debtor

☐ None

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3659 Green Road, #217<br>Beachwood, OH 44122 | MDG Medical Inc. | 2007 - 2010 |

In re: MDG Medical Inc.         Case No. 11-53162

### 16. Spouses and Former Spouses

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None

{2858270;}

In re: **MDG Medical Inc.**                                     Case No. **11-53162**

☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DEPOSITION |
|---|---|---|
| | | |

18. **Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO., COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MDG Medical Ltd. | N/A | 2 Yodfat St. Northern Ind. Zone Lod 71271, Israel | Software Development | 2001 - Present |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor; or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

In re: MDG Medical Inc.  Case No. 11-53162

19. **Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| SS&G<br>32125 Solon Road<br>Cleveland, OH 44139 | 2009 - 2011 |
| Jennifer McElfresh<br>3984 Massillon Road<br>Apt E<br>Uniontown, OH 44685 | 09/2010 to Present |
| Jill Bals<br>313 Lake Breeze Cove<br>Eastlake, OH 44095 | 03/2011 to Present |
| Stacey Jo (Johnson) Carter<br>29917 Elgin Road<br>Wickliffe, OH 44092 | 2008 to 2011 |
| Pat Mulloy<br>2160 Silveridge Trail<br>Westlake, OH 44145 | 03/2008 to Present |

In re: MDG Medical Inc.   Case No. 11-53162

☐ None
　　b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| SS&G | 32125 Solon Road<br>Cleveland, OH 44139 | Year end 12/31/2009 and year end 12/31/2010 |

☒ None
　　c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

☐ None
　　d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| 4202 Corporation<br>767 Fifth Avenue<br>New York, NY 10153 | Various |
| Life Sciences Capital<br>5 E. 42nd, 8th Floor<br>New York, NY 10017 | Various |

20.  **Inventories**

☒ None
　　a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

In re: MDG Medical Inc.                                              Case No.   11-53162

|   | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|---|---|
| None ☒ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
|   |   |

**21. Current Partners, Officers, Directors and Shareholders**

|   | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|
| None ☒ | |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
|   |   |   |

In re: MDG Medical Inc.　　　　　　　　　　　　　　　　　　　　Case No. 11-53162

☐ None

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mark Saffran<br>4598 Lander Road<br>Orange, OH 44022 | President, CEO and Director | 0% |
| Patrick Mulloy<br>2160 Silveridge Trail<br>Westlake, OH 44145 | Chief Financial Officer<br>Director | 0% |
| Kelli Turner<br>c/o 4202 Corporation<br>767 Fifth Avenue<br>New York, NY 10153 | Director | 0% |
| 4202 Corporation<br>767 Fifth Avenue<br>New York, NY 10153 | Shareholder | 79% |
| LSKW (c/o 4202 Corporation)<br>767 Fifth Avenue, Ste 4200<br>New York, NY 10153 | Shareholder | 12% |
| Life Sciences Capital<br>5 E. 42nd, 8th Floor<br>New York, NY 10017 | Shareholder | 8% |
| Michael Siegal<br>767 Fifth Avenue<br>New York, NY 10153 | Director (Chairman) | 1% |
| Francis Paez<br>6668 Winston Lane<br>Solon, OH 44139 | Sr. V.P. Operations | 0% |
| Brian Babbitt<br>813 Bren Del Road<br>Petoskey, MI 49770 | Sr. V.P. Operations | 0% |

### 22. Former partners, officers, directors and shareholders

☒ None

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

☐ None

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Jacob Schuster<br>c/o 4202 Corporation<br>767 Fifth Avenue<br>New York, NY 10153 | Director | 12/31/2010 |

### 23. Withdrawals from a partnership or distributions by a corporation

☐ None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mark Saffran, CFO and President<br>4598 Lander Road<br>Orange, OH 44022 | Salary<br>8/2010 – 8/2011 | $225,000.00 |
| Patrick Mulloy, CFO<br>2160 Silveridge Trail<br>Westlake, OH 44145 | Salary<br>8/2010 – 8/2011 | $140,000.04 |
| Francis Paez, Sr. V.P. Operations<br>6668 Winston Lane<br>Solon, OH 44139 | Salary<br>8/2010 – 8/2011 | $162,000.00 |
| Brian Babbitt, Sr. V.P. Marketing/Manufacturing<br>813 Bren Del Road<br>Petoskey, MI 49770 | Salary<br>8/2010 – 8/2011 | $124,999.92 |

In re: MDG Medical Inc.  Case No. 11-53162

24. **Tax Consolidation Group**

☒ None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

25. **Pension Funds**

☐ None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| MDG Medical Inc 401K Plan<br>c/o Dana Shively<br>CBIZ, Inc.<br>6050 Oaktree Blvd.<br>Suite 500<br>Cleveland, OH 44131 | 26-3502933 |

In re:  MDG Medical Inc.                               Case No.   11-53162

DECLARATION

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  August 16, 2011           Signature   /s/ Mark H. Saffran
                                Name:       Mark H. Saffran
                                Title:      President and CEO

   3    continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

**ATTACHMENT 3B**

**FORM 7. STATEMENT OF FINANCIAL AFFAIRS**

In re MDG Medical Inc.                                                            Case No. 11-53162

**3b. Payments and transfers to creditors within 90 days aggregating more than $5,850 (For Use by Business)**

| Type | Date | Num | Name | Amount | Aggregate Total |
|---|---|---|---|---:|---:|
| Bill Pmt -Check | 06/03/2011 | 2544 | 3AM Technologies | | 8,875.17 |
| Bill Pmt -Check | 06/17/2011 | 2561 | Ameritas Life Insurance | 1,936.72 | |
| Bill Pmt -Check | 07/15/2011 | 2597 | Ameritas Life Insurance | 1,868.24 | |
| Bill Pmt -Check | 05/20/2011 | 2524 | Ameritas Life Insurance | 2,172.72 | 5,977.68 |
| Bill Pmt -Check | 06/29/2011 | 2579 | Anthem BC BS | 14,161.80 | |
| Bill Pmt -Check | 07/29/2011 | 2606 | Anthem BC BS | 14,781.96 | |
| Bill Pmt -Check | 05/26/2011 | 2537 | Anthem BC BS | 14,342.94 | 43,286.70 |
| Bill Pmt -Check | 06/10/2011 | 2556 | Aspan Inc. | 1,800.00 | |
| Bill Pmt -Check | 06/24/2011 | 2570 | Aspan Inc. | 1,800.00 | |
| Bill Pmt -Check | 07/08/2011 | 2589 | Aspan Inc. | 1,800.00 | |
| Bill Pmt -Check | 05/20/2011 | 2527 | Aspan Inc. | 1,200.00 | |
| Bill Pmt -Check | 05/05/2011 | 2437 | Aspan Inc. | 2,400.00 | 9,000.00 |
| Payment | 05/16/2011 | 42565 | Ballinger Memorial Hospital | 2,233.52 | |
| Payment | 06/20/2011 | 119658 | Barnes Kasson Medical Center | 6,433.25 | |
| Payment | 07/11/2011 | 44328 | Bellville General Hospital | 20,751.00 | |
| Bill Pmt -Check | 06/03/2011 | 2547 | Citrix Online | 6,151.53 | |
| Bill Pmt -Check | 05/13/2011 | 2507 | Citrix Online | 189.46 | 6,340.99 |
| Bill Pmt -Check | 07/08/2011 | 2590 | Clinical Solutions Pharmacy | | 12,740.00 |
| Bill Pmt -Check | 07/01/2011 | 2582 | CPA Global | | 10,814.43 |
| Bill Pmt -Check | 05/17/2011 | 2523 | Delaware Secretary of State | | 5,866.00 |
| Bill Pmt -Check | 07/05/2011 | wire | Duff & Phelps | | 55,690.00 |
| Bill Pmt -Check | 06/20/2011 | ForeignWire | Globus Israel | 122.04 | |
| Bill Pmt -Check | 06/20/2011 | ForeignWire | Globus Israel | 10,098.07 | |
| Bill Pmt -Check | 06/30/2011 | wire | Globus Israel | 6,094.20 | 16,314.31 |
| Bill Pmt -Check | 05/05/2011 | 2503 | Harney Management Partneres | 24,408.41 | |
| Bill Pmt -Check | 05/17/2011 | wre | Harney Management Partneres | 12,000.00 | 36,408.41 |
| Bill Pmt -Check | 06/30/2011 | wire | I.Sherman Electronic Packaging Ltd. | 3,328.69 | |
| Bill Pmt -Check | 05/03/2011 | Wire | I.Sherman Electronic Packaging Ltd. | 170,590.52 | |
| General Journal | 05/03/2011 | Sherman5-4- | Adjust wire payment on 05-04-2011 for I.Sherman payables foreign currency translation | 14,736.00 | 188,655.21 |
| Bill Pmt -Check | 06/03/2011 | wire | Illya Korelov - Adam Spektor | 3,583.13 | |
| Bill Pmt -Check | 06/22/2011 | wire | Illya Korelov - Adam Spektor | 3,150.00 | |
| Bill Pmt -Check | 06/17/2011 | wire | Illya Korelov - Aleksey Timonin | 5,600.00 | |
| Bill Pmt -Check | 07/14/2011 | wire | Illya Korelov - Aleksey Timonin | 7,000.00 | 19,333.13 |
| Bill Pmt -Check | 07/01/2011 | ACH | Jane Simek - Contractor | 6,250.00 | |
| Bill Pmt -Check | 07/29/2011 | ACH | Jane Simek - Contractor | 6,250.00 | |
| Bill Pmt -Check | 08/01/2011 | ACH | Jane Simek - Contractor | 308.00 | |
| Bill Pmt -Check | 08/08/2011 | ACH | Jane Simek - Contractor | 1,562.50 | 14,370.50 |
| Bill Pmt -Check | 06/10/2011 | 2557 | Jodi Austin | 4,188.45 | |
| Bill Pmt -Check | 07/15/2011 | 2596 | Jodi Austin | 3,807.95 | 7,996.40 |
| Bill Pmt -Check | 05/05/2011 | 2499 | Jodi Austin Blumenthal | | 6,754.65 |
| Bill Pmt -Check | 06/17/2011 | 2564 | McDonald Hopkins LLC | 5,000.00 | |
| Bill Pmt -Check | 08/08/2011 | ACH | McDonald Hopkins LLC | 25,000.00 | |
| Bill Pmt -Check | 08/16/2011 | check | McDonald Hopkins LLC | 2,500.00 | 32,500.00 |
| Bill Pmt -Check | 07/01/2011 | wire | Morris, Nichols, Varsht & Tunnell LLP | 17,262.29 | |

2862195                                                     1

**In re MDG Medical Inc.**                                                                                                                Case No. 11-53162

**3b. Payments and transfers to creditors within 90 days aggregating more than $5,850 (For Use by Business)**

| Type | Date | Num | Name | Amount | Aggregate Total |
|---|---|---|---|---:|---:|
| General Journal | 05/17/2011 | paycor2-10 | Morris, Nichols, Varsht & Tunnell LLP | 54.00 | |
| Bill Pmt -Check | 05/20/2011 | | Morris, Nichols, Varsht & Tunnell LLP | 0.00 | |
| Bill Pmt -Check | 05/20/2011 | | Morris, Nichols, Varsht & Tunnell LLP | 0.00 | 17,316.29 |
| Bill Pmt -Check | 06/17/2011 | 2567 | N-Able | 3,338.00 | |
| Bill Pmt -Check | 06/24/2011 | 2576 | N-Able | 1,590.00 | |
| Bill Pmt -Check | 05/13/2011 | 2512 | N-Able | 2,727.00 | 7,655.00 |
| Bill Pmt -Check | 06/10/2011 | 2558 | Nationwide Tech Solutions Inc. | 3,130.00 | |
| Bill Pmt -Check | 07/01/2011 | 2583 | Nationwide Tech Solutions Inc. | 6,608.75 | |
| Bill Pmt -Check | 07/15/2011 | 2601 | Nationwide Tech Solutions Inc. | 8,408.75 | |
| Bill Pmt -Check | 05/13/2011 | 2519 | Nationwide Tech Solutions Inc. | 3,806.25 | |
| Bill Pmt -Check | 05/26/2011 | 2543 | Nationwide Tech Solutions Inc. | 2,950.00 | |
| Bill Pmt -Check | 05/05/2011 | bill pay | Nationwide Tech Solutions Inc. | 4,392.90 | 29,296.65 |
| Bill Pmt -Check | 06/06/2011 | WIRE | Olga Karpov | 4,166.67 | |
| Bill Pmt -Check | 06/17/2011 | wire | Olga Karpov | 4,166.67 | |
| Bill Pmt -Check | 06/30/2011 | wire | Olga Karpov | 4,166.67 | |
| Bill Pmt -Check | 05/05/2011 | wire | Olga Karpov | 0.00 | 12,500.01 |
| Bill Pmt -Check | 06/29/2011 | 2580 | Principal Financial Life | 2,132.50 | |
| Bill Pmt -Check | 07/29/2011 | 2607 | Principal Financial Life | 1,891.31 | |
| Bill Pmt -Check | 05/26/2011 | 2538 | Principal Financial Life | 2,259.76 | 6,283.57 |
| Bill Pmt -Check | 07/19/2011 | ForeignWire | Shemer Metal Works LTD | | 7,383.10 |
| Bill Pmt -Check | 06/03/2011 | 2549 | Uncle Shamus LLC | 7,555.05 | |
| Bill Pmt -Check | 07/08/2011 | 2591 | Uncle Shamus LLC | 7,666.85 | |
| Bill Pmt -Check | 05/05/2011 | bill pay | Uncle Shamus LLC | 9,943.64 | 25,165.54 |
| Bill Pmt -Check | 06/03/2011 | 2553 | Worldwide Express | 1,889.47 | |
| Bill Pmt -Check | 06/17/2011 | 2568 | Worldwide Express | 1,735.07 | |
| Bill Pmt -Check | 07/01/2011 | 2585 | Worldwide Express | 2,785.99 | |
| Bill Pmt -Check | 07/08/2011 | 2593 | Worldwide Express | 1,956.98 | |
| Bill Pmt -Check | 05/13/2011 | 2518 | Worldwide Express | 3,335.49 | |
| Bill Pmt -Check | 05/20/2011 | 2536 | Worldwide Express | 3,385.93 | |
| Bill Pmt -Check | 05/26/2011 | 2542 | Worldwide Express | 1,753.28 | |
| Bill Pmt -Check | 05/05/2011 | bill pay | Worldwide Express | 3,708.80 | 20,551.01 |
| Bill Pmt -Check | 06/24/2011 | wire | Yariv Fishman | 3,000.00 | |
| Bill Pmt -Check | 06/30/2011 | wire | Yariv Fishman | 3,500.00 | |
| Bill Pmt -Check | 07/25/2011 | ForeignWire | Yariv Fishman | 2,000.00 | |
| Bill Pmt -Check | 06/03/2011 | WIRE | Yariv Fishman | 2,850.00 | |
| Bill Pmt -Check | 06/06/2011 | | Yariv Fishman | 0.00 | 11,350.00 |
| General Journal | 05/17/2011 | 1511a | Yside LTD | 1,836.00 | |
| Bill Pmt -Check | 06/06/2011 | WIRE | Yside LTD | 1,836.00 | |
| Bill Pmt -Check | 06/30/2011 | wire | Yside LTD | 1,836.00 | 5,508.00 |

ATTACHMENT 3C
FORM 7. STATEMENT OF FINANCIAL AFFAIRS[1]

In re MDG Medical Inc.                                                                                                              Case No. 11-53162

3c Payments that were made either to a creditor or for the benefit of a creditor who is or was an "insider."

### 1  Transfer of Funds to MDG Ltd. Israel[1]

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| General Journal | 08/04/2010 | 11192189 | MDG Ltd. Israel | | Key Bank Checking Account | 125,000.00 |
| General Journal | 08/05/2010 | 11192222 | MDG Ltd. Israel | | Key Bank Checking Account | 10,000.00 |
| General Journal | 08/20/2010 | 11192227 | MDG Ltd. Israel | | Key Bank Checking Account | 4,000.00 |
| General Journal | 08/25/2010 | 11192229 | MDG Ltd. Israel | | Key Bank Checking Account | 265,000.00 |
| General Journal | 08/30/2010 | 11192233 | MDG Ltd. Israel | | Key Bank Checking Account | 100,000.00 |
| General Journal | 09/27/2010 | 11192241 | MDG Ltd. Israel | | Key Bank Checking Account | 300,000.00 |
| General Journal | 10/28/2010 | 11192256 | MDG Ltd. Israel | intercompany transfer | Key Bank Checking Account | 215,000.00 |
| General Journal | 11/22/2010 | 11192285 | MDG Ltd. Israel | intercompany transfer | Key Bank Checking Account | 75,000.00 |
| General Journal | 12/03/2010 | 11192290 | MDG Ltd. Israel | INTERCOMPANY TRANSFER | Key Bank Checking Account | 167,000.00 |
| General Journal | 12/10/2010 | 11192293 | MDG Ltd. Israel | intercompany transfer | Key Bank Checking Account | 60,000.00 |
| General Journal | 01/03/2011 | 11192304 | MDG Ltd. Israel | transfer ti israel | Key Bank Checking Account | 250,000.00 |
| General Journal | 01/12/2011 | 11192308 | MDG Ltd. Israel | transfer to MDG israel | Key Bank Checking Account | 16,000.00 |
| General Journal | 01/12/2011 | 11192310 | MDG Ltd. Israel | transfer to israel | Key Bank Checking Account | 8,483.50 |
| General Journal | 01/27/2011 | 11192317 | MDG Ltd. Israel | transfer to IL | Key Bank Checking Account | 460,000.00 |
| General Journal | 01/28/2011 | 11192320 | MDG Ltd. Israel | transfer to IL | Key Bank Checking Account | 75,000.00 |
| General Journal | 01/31/2011 | 11192310ADJ | MDG Ltd. Israel | To adjust IL pymt to correct amount  see AJE 1192310 1/12/11 | Key Bank Checking Account | 360.00 |
| General Journal | 02/25/2011 | 11192338 | MDG Ltd. Israel | transfer to IL | Key Bank Checking Account | 416,427.00 |
| General Journal | 04/03/2011 | 1119258 | MDG Ltd. Israel | Intercompany wire to MDG LTD. | Key Bank Checking Account | 180,000.00 |
| General Journal | 04/20/2011 | MDG YREND | MDG Ltd. Israel | Wire payments to Israel.  $43,590.95 to Shemer, $36,816.68 to MDG LTD, and $21,970.04 for Shibolet | Key Bank Checking Account | 102,377.67 |
| General Journal | 05/10/2011 | ISL 51011 | MDG Ltd. Israel | Wire to MDG Medical Ltd. 50,000.00 NIS to be processed on 05112011 | Key Bank Checking Account | 146,151.82 |
| General Journal | 05/17/2011 | 1511b | MDG Ltd. Israel | Wire that was supposed to be $2850.00 to MDG LTD to pay Yariv but IL wouldnt pay Yariv so it was... | Key Bank Checking Account | 2,850.00 |
| General Journal | 05/23/2011 | 1512 | MDG Ltd. Israel | Wire $75,000.00 worth of NIS to MDG Ltd. | Key Bank Checking Account | 75,000.00 |
| Transfer | 06/10/2011 | | MDG Ltd. Israel | Funds Transfer | 1320 · Interco Rec  MDG Ltd. | 50,000.00 |
| Transfer | 06/13/2011 | | MDG Ltd. Israel | Funds Transfer | 1320 · Interco Rec  MDG Ltd. | 50,000.00 |
| Transfer | 06/14/2011 | | MDG Ltd. Israel | Funds Transfer | 1320 · Interco Rec  MDG Ltd. | 50,000.00 |
| Transfer | 06/28/2011 | | MDG Ltd. Israel | 4,856.07 NIS to MDG Ltd.  6/28/11 | 1320 · Interco Rec  MDG Ltd. | 1,425.91 |
| Transfer | 06/30/2011 | | MDG Ltd. Israel | Wire to MDG Ltd. 6/30/11 | 1320 · Interco Rec  MDG Ltd. | 118,168.00 |
| General Journal | 05/10/2011 | ISL 51011 | MDG Ltd. Israel | Wire to MDG Medical Ltd. 50,000.00 NIS to be processed on 05112011 | Intercompany ReceivableMDG Ltd | 146,151.82 |
| General Journal | 05/23/2011 | 1512 | MDG Ltd. Israel | Wire $75,000.00 worth of NIS to MDG Ltd. | Intercompany ReceivableMDG Ltd | 75,000.00 |

### 2  Payments made to Life Sciences Capital, LLC

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| General Journal | 08/05/2010 | 11192223 | Life Sciences Capital LLC | | Key Bank Checking Account | 56,491.00 |
| General Journal | 10/07/2010 | 11192249 | Life Sciences Capital LLC | LSC payment( 8110 amort sched), interest & principal | Key Bank Checking Account | 57,286.36 |
| General Journal | 10/29/2010 | 11192258 | Life Sciences Capital LLC | LSC payment | Key Bank Checking Account | 48,068.41 |
| General Journal | 11/05/2010 | 11192264 | Life Sciences Capital LLC | LSC LOAN payment(10110 amort sched) | Key Bank Checking Account | 58,092.36 |
| General Journal | 12/08/2010 | 11192291 | Life Sciences Capital LLC | LSC loan payment (11110 amort sched) | Key Bank Checking Account | 58,499.61 |
| General Journal | 01/04/2011 | 11192305 | Life Sciences Capital LLC | LSC payment | Key Bank Checking Account | 58,499.64 |
| General Journal | 01/28/2011 | 11192321 | Life Sciences Capital LLC | LSC Loan payment | Key Bank Checking Account | 58,909.71 |
| General Journal | 02/27/2011 | 11192341 | Life Sciences Capital LLC | lsc loan paynemt | Key Bank Checking Account | 59,322.74 |
| General Journal | 04/07/2011 | 1122346 | Life Sciences Capital LLC | Note Payable  Life Sciences Loan | Key Bank Checking Account | 52,910.56 |
| Patrick Mulloy | | | Patrick Mulloy | Proceeds from Personal Real Estate Sale were incorrectly deposted into Debtor's account by Bank instead of personal account of Patrick Mulloy.  Transaction reflects the Debtor correcting Bank error. | | |

[1] Intercompany transfers in payment of certain debt of MDG Ltd. Israel, an entity 100% own by Debtor.

2858268                                                                                                1